UNITED STATES DISTRICT COURT

STATE OF ARIZONA

| | | |
|---|---|---|
| David Ryan, | ) | Case No.: CV 07-1899-PHX-DGC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Phillips & Associates, P.C.; Phillips & Associates Law Offices, P.C.; Phillips & Associates Injury Law Offices, P.C.; Phillips & Associates Bankruptcy Law Center, P.C.; Jeffrey Phillips and Traci Phillips; Larry A. Majors, Sr. and Sandra Majors; and Phil Jackson, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the parties' Joint Motion To Approve Settlement And Dismiss All Remaining Claims With Prejudice ("Joint Motion"), and good cause appearing,

IT IS ORDERED that the Joint Motion is granted. The Court finds that the Settlement Agreement attached as Exhibit A to the Joint Motion is a fair and reasonable resolution of a bona fide dispute over wages owed pursuant to the Fair Labor Standards Act and/or the Arizona Wage Act, and accordingly, the Settlement Agreement between David Ryan and Defendants is approved.

1        IT IS FURTHER ORDERED that all remaining claims in this action are dismissed

2    with prejudice, with each party to bear its own attorneys' fees and costs.

3        The Clerk is directed to terminate this action.

4        Dated this 11th day of June, 2008.

5

6

7

8                                 David G. Campbell

9                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28